UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ALVARADO, | ) No. 8:17-CV-00566 (VEB) </br> ) </br> ) **ORDER AWARDING EQUAL** </br> ) **ACCESS TO JUSTICE ACT** </br> ) **ATTORNEY FEES AND COSTS** |
| Plaintiff, | |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND EIGHTY-ONE DOLLARS and TWENTY-NINE CENTS ($4,081.29), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: October 18, 2018    /s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE